**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **EILEEN HARRISON,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **v.** | § **Civil Action No.: 4:18-cv-00089-KPJ** |
| | § |
| **QUIKTRIP CORPORATION,** | § |
| | § |
| **Defendant.** | § |
| | § |
| | § |

**ORDER OF DISMISSAL**

Pending before the Court is the parties' Joint Motion to Dismiss with Prejudice (the "Motion") (Dkt. 74). The parties represent they have resolved their differences to their mutual satisfaction and agree to dismissal of this case with prejudice against all defendants, and with each party to bear their own costs, fees, and expenses. *See* Dkt. 74.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 17th day of July, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE